CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

FILED

Dec 23 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   3:25-cr-00440 CRB |
|     Plaintiff, | DECLARATION OF CYNTHIA JOHNSON IN SUPPORT OF THE GOVERNMENT'S MOTION FOR SUMMONS |
|     v. | |
| REBECCA S. WHITMIRE, | |
|     Defendant. | |

I, Cynthia Johnson, hereby declare as follows:

1. I am a Special Assistant United States Attorney for the Northern District of California, assigned to the prosecution of the above-captioned case. I received the following information from reports and other documents provided by USPS OIG.

2. From on or about February 25, 2023 through on or about April 9, 2025, REBECCA S. WHITMIRE was the owner of In-Home Care ("IHC") and a registered medical care provider with the United States Department of Labor Office of Workers' Compensation Programs ("DOL-OWCP") under "In-Home Care" in Clearlake, CA (Provider ID: Provider Number 551746406).

4. WHITMIRE through IHC billed DOL-OWCP more than $1,400,000 for medical care services provided by a registered nurse ("RN") as required by the American Medical Association ("AMA") Current Procedural Terminology ("CPT") code S9123. However, the services provided and billed were not provided by an RN as required by CPT code S9123.

5. DOL-OWCP is a "Federal health care program" as defined in Title 42, United States Code, Section 1320a-7b(f), and a "health care benefit program" as defined in Title 18, United States Code, Section 24(b).

6. Based on the above-listed facts, there is probable cause to believe that WHITMIRE violated 18 U.S.C. § 1347, Health Care Fraud.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed December 22, 2025 in San Francisco, California.

DATED: December 22, 2025

/s/ *Cynthia Johnson*
CYNTHIA JOHNSON

DECLARATION IN SUPPORT OF SUMMONS